905 A.2d 916

**Gary L. CHEATHAM, Appellant**

v.

**COMMONWEALTH of Pennsylvania BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 125 MAP 2005.**

Supreme Court of Pennsylvania.

Aug. 21, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of August, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**